■ HENRI-LYNN REALTY, INC., Appellant, v THOMAS HUANG et al., Respondents.—Appeal by the plaintiff from an order of the Supreme Court, Queens County (Smith, J.), dated April 27, 1990.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Justice Smith at the Supreme Court. Balletta, J. P., O'Brien, Copertino and Pizzuto, JJ., concur.